# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO PASILLAS,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>A. MILLER, Warden,<br><br>　　　　Respondent. | Case No. CV 13-4567 PSG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: ___3/10/15_____　　　　_____
　　　　　　　　　　　　　　　　　　HON. PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE